IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEO MICHAEL WEILER, ) | |
| ) | 4:04cv3308 |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| STATE OF NEBRASKA, ) | |
| ) | |
| Respondent. ) | |

    This matter is before the court on filing no. 27, the Motion to Withdraw filed by the respondent's former attorney, Kevin Slimp. As James D. Smith has entered an appearance for the respondent, filing no. 27 is granted.

    SO ORDERED.

    DATED this 5th day of December, 2005.

                                     BY THE COURT:

                                     s/ F. A. GOSSETT
                                     United States Magistrate Judge