# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEO MICHAEL WEILER, | ) | Case No: 4:04CV3308 |
| | ) | |
| Petitioner, | ) | **ORDER DIRECTING CLERK** |
| | ) | **TO RETURN STATE COURT** |
| v. | ) | **RECORDS** |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments to filing No. 24 be returned to State of Nebraska for appropriate disposition. The state court records may be picked up in Lincoln, Nebraska.

DATED this 30th day of November, 2006.

BY THE COURT

 s/ *Richard G. Kopf*
United States District Court Judge